# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee for WaMu Series 2007-HE1 Trust | Case No. 2:07-cv-1083 |
| | Judge Algenon L. Marbley |
| Plaintiff, | ORDER DISMISSING CASE |
| vs. | |
| Jason Fimple, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE ALGENON L. MARBLEY

This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

Algenon L. Marbley
UNITED STATES DISTRICT JUDGE