*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**

    **Plaintiff,**

  **v.**                         **CASE NO. 2:07-cv-1083**

                                      **JUDGE MARBLEY**

**JASON FIMPLE, et al.,**

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the August 8, 2008 Order dismissing case, this action is hereby DISMISSED without prejudice at Plaintiff's costs.

Date: **August 8, 2008**                              **James Bonini, Clerk**

                                                          s/Betty L. Clark
                                                       Betty L. Clark/Deputy Clerk